

Office Of The Clerk

# Court of Appeal, First Circuit

State of Louisiana

www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number:  2022 - KW - 0283

State Of Louisiana
    versus
Jeffrey M. Reynolds

TO:     Hon. Scott M. Perrilloux
        Tangipahoa Parish
        P.O. Box 639
        Amite, LA 70422-0639
        zdaniels@21jdda.org

        Hon. Brenda Bedsole Ricks
        P. O. Box 788
        Amite, LA 70422

Jeffrey M Reynolds
Nelson Coleman Correctiona
5061 La. Highway 3127
Killona, LA 70057

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

*a.S.N*

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFREY M. REYNOLDS

NO. 2022 KW 0283

**MAY 20, 2022**

---

In Re:    Jeffrey M. Reynolds, applying for supervisory writs,
          21st Judicial District Court, Parish of Livingston,
          No. 12-FELN-028551.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

                              **JMM**
                              **WIL**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT